**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KEVIN STITH and MASHANDRA STITH,

    Plaintiff,

vs.                                          CASE NO.: 8:17-cv-00905-JDW-AAS

CAPITAL ONE SERVICES, LLC,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

    **COME NOW**, Plaintiffs, **KEVIN STITH** and **MASHANDRA STITH** ("Plaintiffs"), by and through undersigned counsel, and hereby file this Notice of Settlement, and state that Plaintiffs and Defendant, **CAPITAL ONE SERVICES, LLC**, have come to an amicable settlement agreement.

Date: **March 16, 2018**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 16th day of March, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  /s/ Christopher W. Boss
                                                  Christopher W. Boss, Esq.
                                                  FL Bar No.: 13183
                                                  Boss Law
                                                  Service Email:  CPservice@bosslegal.com
                                                  9887 4th Street N., Suite 202
                                                  St. Petersburg, FL 33702
                                                  Phone: (727) 471-0039
                                                  Fax: (727) 471-1206
                                                  Counsel for Plaintiff